DIF

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
BRIAN KELLY,

                  Plaintiff,

-against-

INFINITY FLOORS, INC.,
RONALD HARRIS, and MARCI MILLER,

                  Defendants.
-----------------------------------------------------------x

No.: 11-cv-4826(ADS)(AKT)

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y
★  APR 23 2012  ★
LONG ISLAND OFFICE

**STIPULATION AND ORDER
OF DISMISSAL WITH
PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys of record for the parties to the above-entitled action, that this action hereby is dismissed with prejudice pursuant to the terms of a confidential agreement, with each party bearing its own costs, disbursements, and attorneys' fees.

IT IS FURTHER STIPULATED AND AGREED that the Court shall retain jurisdiction over this matter for the purpose of enforcing the terms of the confidential agreement.

Dated: April 20, 2012

For the Plaintiff:

The Law Office of Steven A. Morelli, P.C.
1461 Franklin Avenue
Garden City, NY 11530
(516) 393-9151

By: _____
    Eric S. Tilton

For the Defendant:

Dandenau & Lott
425 Broad Hollow Road, Ste. 41B
Melville, NY 11747
(631) 454-0606

By: _Gerald Dandenau /e s-t_
    Gerald V. Dandenau

*Case Closed*

SO ORDERED:

/s/ Arthur D. Spatt
_____
    4/23/12